IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02441-ZLW

ANDRE J. TWITTY,

    Applicant,

v.

RONNIE WILEY,

    Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 21 2008

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

On July 17, 2008, Plaintiff filed a motion titled "Motion to Vacate Judgment, Judgment Void, Rule 60(b)(4), Want of Jurisdiction." The instant action was dismissed on March 3, 2008. Judgment was entered on the same day. The appeal was dismissed on June 11, 2008, for failure to prosecute. Therefore, the motion filed on July 17 is DENIED as moot.

Dated: July 21, 2008

Copies of this Minute Order mailed on July 21, 2008, to the following:

Andre Twitty
Reg. No. 18558-018
ADX - Florence
PO Box 8500
Florence, CO 81226

_____
Secretary/Deputy Clerk