# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02441-ZLW

ANDRE J. TWITTY,

    Applicant,

v.

RONNIE WILEY,

    Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG -1 2008

GREGORY C. LANGHAM
                    CLERK

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

On July 31, 2008, Applicant filed a motion titled "Motion to Vacate Illegal Conviction, Want of Jurisdiction, Judgment Void, Assign to Neutral Judge, Abuse of Discretion, Brief in Support." As Applicant was informed in the July 21, 2008, minute order, the instant action was dismissed on March 3, 2008. Judgment was entered on the same day. The appeal was dismissed on June 11, 2008, for failure to prosecute. Therefore, the motion filed on July 31 is DENIED as moot. This case is closed. The clerk of the Court is directed to strike any further filings by Applicant in this action.

Dated: August 1, 2008

Copies of this Minute Order mailed on August 1, 2008, to the following:

Andre Twitty
Reg. No. 18558-018
ADX - Florence
PO Box 8500
Florence, CO 81226

                                _____
                                Secretary/Deputy Clerk